UNITED STATES of America, Appellee,

v.

Lendro BAKER, Appellant.

No. 9455.

United States Court of Appeals Fourth Circuit.

Argued Sept. 23, 1964.

Decided Sept. 28, 1964.

Robert Eugene Smith, Baltimore, Md. (court-assigned counsel) (Melvin Rankin, Baltimore, Md., on brief), for appellant.

Robert J. Carson, Asst. U. S. Atty. (Thomas J. Kenney, U. S. Atty., on brief), for appellee.

Before HAYNSWORTH and BRYAN, Circuit Judges, and BUTZNER, District Judge.

PER CURIAM.

After considering the argument of counsel, the briefs and the record in this case, we find no error affecting any substantial right of the appellant.

Affirmed.